Laborde, Plaintiff and Appellant, *v.* Ríos, Defendant and Appellee.

Laborde, Plaintiff and Appellant, *v.* López, Defendant and Appellee.

Laborde, Plaintiff and Appellant, *v.* Lorenzo, Defendant and Appellee.

Appeals from the District Court of Humacao in Actions for Damages for Breach of Contract.

Nos. 1292, 1293, 1294.—Decided July 25, 1915.

Decided on the grounds of the opinion delivered in Case No. 1295, *Laborde, plaintiff and appellant,* v. *Toro, defendant and appellee, ante.*

*Mr. Eugenio Benítez Castaño* for the appellant.
*Messrs. Aponte & Aponte* and *Juan B. Huyke* for the appellees.

*Reversed.*